Circuit Court of Appeals for the First Circuit denied. *Mr. J. Walter Lord* and *Mr. Edward S. Dodge* for petitioner. *Mr. Wilhelmus Mynderse* and *Mr. Edward E. Blodgett* for respondents.

---

No. 674. A. M. HASTINGS, ADMINISTRATOR, PETITIONER, *v.* SOUTHERN RAILWAY COMPANY. April 16, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. Altheus Johnson* and *Mr. Joseph A. McCullough* for petitioner. *Mr. George E. Hamilton* and *Mr. M. J. Colbert* for respondent.

---

No. 677. GEORGE H. ALLEN ET AL., PETITIONERS, *v.* NANNIE FIELD, EXECUTRIX, ETC., ET AL. April 16, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Levy Mayer, Mr. Alfred S. Austrian* and *Mr. Allan McCulloh* for petitioners. *Mr. Wm. Lindsay* and *Mr. J. Culbert Palmer* for respondents.

---

No. 678. EDWARD MORRIS, PETITIONER, *v.* THE THIRD NATIONAL BANK OF SPRINGFIELD, MASS. April 16, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Vinton Pike* for petitioner. No appearance for respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 27 TO APRIL 16, 1906.

No. 612. GEORGE B. CORTELYOU, POSTMASTER-GENERAL, PLAINTIFF IN ERROR, *v.* THE UNITED STATES EX REL. MARGARITO ROMERO, MAYOR, ETC., ET AL. In error to the Court